CO-386-online
10/03

# United States District Court
# For the District of Columbia

Herron for Congress )
)
)
)                               Case: 1:11-cv-01466
v.                              ) Assigned To : Huvelle, Ellen S
)                               Assign. Date : 8/12/2011
)                               Description: Admn Agency Review
)
Federal Election Commission )
)

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Herron for Congress__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _____ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

J E Sandler
Signature

255919
BAR IDENTIFICATION NO.

Joseph Sandler
Print Name

1025 Vermont Ave NW Ste 300
Address

Washington    DC        20005
City          State     Zip Code

202.479.1111
Phone Number